NORTHWESTERN RAILROADER *vs.* CYCLONE STEAM SNOW PLOW CO.

LANWARD PUBLISHING CO. *vs.* SAME.

Argued Jan. 21, 1892.  Decided March 21, 1892.

Appeal by defendants from an order of the district court, Hennepin County, *Smith,* J., made September 24, 1891, denying new trial in each case.

Actions by the Northwestern Railroader and the Lanward Publishing Company against the Cyclone Steam Snow Plow Company.  Findings were made in each case for plaintiff.

*Hart & Brewer,* for appellant.

*Walter C. Tiffany* and *Frank H. Morrill,* for respondents.

PER CURIAM.  These cases differ from that of *The National Car & Locomotive Builder* v. *Cyclone Steam Snow Plow Co., ante,* p. 125, only in the fact that the stipulated sums agreed to be paid for advertising were payable "after the sale of first snow plow" by the defendant, or "when first snow plow is sold," instead of out of the *proceeds* of such sale, as was the fact in the case cited.  The decision in that case controls these, and the orders refusing a new trial in both cases are affirmed.

(Opinion published 51 N. W. Rep. 658.)